UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 7, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL BRANDON SPILLERS, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00244-AC <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHAEL BRANDON SPILLERS__, Case No. __2:18MJ00244-AC__, Charge __18USC § § 922(g)(f)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

    _X_    Unsecured Appearance Bond $ 50,000.00

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond with Surety

    ___    Corporate Surety Bail Bond

    ✔    (Other)    Pretrial conditions as stated on the record.

Issued at __Sacramento, CA__ on __December 7, 2018__ at __3:14 pm__.

By   /s/ Allison Claire/s/ Allison Claire
       Allison Claire
       United States Magistrate Judge

Copy 2 - Court